COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CARMEN CALDERON, | § | |
| SAFETY NATIONAL CASUALTY | | No. 08-08-00320-CV |
| CORP. and AGENT FERNANDO | § | |
| RODRIGUEZ D/B/A AMERICA BAIL | | Appeal from the |
| BONDS III, | § | |
| | | 243rd District Court |
| Appellants, | § | |
| | | of El Paso County, Texas |
| v. | § | |
| | | (TC# 2003BF0295) |
| THE STATE OF TEXAS, | § | |
| | | |
| Appellee. | § | |

## MEMORANDUM OPINION

Appellants, Carmen Calderon, Safety National Casualty Corp. and Agent Fernando Rodriguez d/b/a America Bail Bonds III filed a notice of appeal reciting that they wished to appeal a judgment entered on July 17, 2008 in Cause No. 20030D02963, which is the criminal case.[1] We treated the notice of appeal as a bona fide attempt to invoke our jurisdiction over an appeal from the judgment entered in the bond forfeiture, Cause No. 2003BF2963, but the Clerk's Office notified Appellants' counsel that the notice of appeal should be amended to correct the defect in the trial court cause number. On January 22, 2009, the Clerk's Office notified Appellants' counsel by letter that the amended notice of appeal had not been filed and informed counsel of the Court's intent to dismiss the appeal absent a response. Appellants have not filed an amended notice of appeal or a response to our inquiry. Because Appellants have failed to comply with this Court's request to amend the notice of appeal, we dismiss the appeal for failure to comply with an order of this Court.

---

[1] The criminal case is styled *Carmen Calderon v. State of Texas* and remains pending in the 120th District Court.

*See* TEX.R.APP. P. 42.3(c).


April 9, 2009

_____
ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.